closed

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail: Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$286,179.83 SEIZED FROM THREE EAST WEST BANK ACCOUNTS, $6,444.92 SEIZED FROM ONE NATIONAL FINANCIAL SERVICES LLC BROKERAGE ACCOUNT, SECURITIES AND OTHER ASSETS SEIZED FROM ONE APEX CLEARING CORPORATION AND TWO PERSHING LLC BROKERAGE ACCOUNTS AND ONE 2011 TOYOTA CAMRY,<br><br>    Defendants.<br><br>ANDREW SUN,<br><br>    Claimant. | No. CV 14-07131-R (AJWx)<br><br>JUDGMENT OF FORFEITURE<br><br>Date: May 18, 2015<br>Time: 10:00 a.m.<br>Courtroom: 8 – 2nd Floor<br><br>Trial: October 13, 2015 |

For the reasons set out in the Order Granting Plaintiff's Motion for Summary Judgment, and based on the court's Findings of Facts and Conclusions of Law, the defendant assets are hereby ordered forfeited to the United States of America, and no other right, title or interest shall exist therein. The United States shall dispose of the forfeited defendant assets in accordance with law.

IT IS SO ORDERED.

JULY 24, 2015
DATE

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/Christen A. Sproule
CHRISTEN A. SPROULE
Assistant United States Attorney